PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **Docket Number:  2:02CR00478-02** |
| ) | |
| **NADIM ANWAR REHMAN** ) | |
| ) | |

On July 2, 2003, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:     May 15, 2006
           Sacramento, California
           JAP:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **Nadim Anwar REHMAN**
**Docket Number:   2:02CR00478-02**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

**Date: May 31, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office